**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jolene R. Rutt                              CHAPTER 7
              Debtor(s)
                                                   BKY. NO. 20-12806 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                        Respectfully submitted,

                        /s/Rebecca A. Solarz
                        Rebecca Solarz
                        30 Jul 2020, 15:27:38, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322