**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jolene R. Rutt<br>_Debtor(s)_ | CHAPTER 7 |
| Nissan Motor Acceptance Corporation<br>_Movant_<br>vs.<br>Jolene R. Rutt<br>_Debtor(s)_ | NO. 20-12806 pmm |
| Robert H. Holber.<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 NIssan Altima, VIN: 1N4BL2AP6BN426973   in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

_Patricia M. Mayer_

**Date: September 1, 2020**

United States Bankruptcy Judge.