IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jolene R. Rutt<br>         Debtor(s) | CHAPTER 7 |
| Nissan Motor Acceptance Corporation<br>      Secured Creditor<br>   vs. | NO. 20-12806 PMM |
| Jolene R. Rutt<br>         Debtor(s) | |
| Robert H. Holber Esq.<br>         Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 7 bankruptcy petition on or about June 29, 2020, including her Statement of Intentions in which she stated that she intended to surrender her 2017 Nissan Altima.

2. On or about August 4, 2020, Nissan Motor Acceptance Corporation ("Secured Creditor") filed a Motion for Relief.

3. As evidenced by the included exhibits, the Motion for Relief was intended to be for the 2017 Nissan Altima, VIN 1N4AL3AP4HN338241; however, due to a clerical error, an incorrect model and VIN were referenced.

4. No response or objection was filed to the Motion, and the Order for Relief was signed and entered on September 1, 2020.

5. However, due to the clerical error, the Order listed an incorrect vehicle.

6. In order to resolve the error, Secured Creditor and Debtor agree and stipulate that relief from the automatic stay with regards to the 2017 Nissan Altima, VIN 1N4AL3AP4HN338241, is effective nunc pro tunc to the September 1, 2020 order.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 8, 2020         By: /s/Rebecca A. Solarz
                                Rebecca A. Solarz, Esq.
                                Attorney for Secured Creditor


Date: September 8, 2020         /s/Shaun J. Lau
                                _____
                                Shawn J. Lau
                                Attorney for Debtor(s)


Approved by the Court this 9th day of   September  , 2020. However, the court retains discretion regarding entry of any further order.

/s/ Patricia M. Mayer
_____
Bankruptcy Judge