```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 20-12806-pmm
Jolene R. Rutt                                                Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: TashaD              Page 1 of 1          Date Rcvd: Sep 09, 2020
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db              Jolene R. Rutt,    8 Seminary Ave,    Reading, PA   19605-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com
              ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              SHAWN J. LAU    on behalf of Debtor Jolene R. Rutt shawn_lau@msn.com,    g61705@notify.cincompass.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jolene R. Rutt <br>     Debtor(s) | CHAPTER 7 |
| Nissan Motor Acceptance Corporation <br>    Secured Creditor <br>   vs. | NO. 20-12806 PMM |
| Jolene R. Rutt <br>     Debtor(s) | |
| Robert H. Holber Esq. <br>     Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 7 bankruptcy petition on or about June 29, 2020, including her Statement of Intentions in which she stated that she intended to surrender her 2017 Nissan Altima.

2. On or about August 4, 2020, Nissan Motor Acceptance Corporation ("Secured Creditor") filed a Motion for Relief.

3. As evidenced by the included exhibits, the Motion for Relief was intended to be for the 2017 Nissan Altima, VIN 1N4AL3AP4HN338241; however, due to a clerical error, an incorrect model and VIN were referenced.

4. No response or objection was filed to the Motion, and the Order for Relief was signed and entered on September 1, 2020.

5. However, due to the clerical error, the Order listed an incorrect vehicle.

6. In order to resolve the error, Secured Creditor and Debtor agree and stipulate that relief from the automatic stay with regards to the 2017 Nissan Altima, VIN 1N4AL3AP4HN338241, is effective <u>nunc pro tunc</u> to the September 1, 2020 order.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 8, 2020

By: /s/Rebecca A. Solarz
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: September 8, 2020

/s/Shaun J. Lau
_____
Shawn J. Lau
Attorney for Debtor(s)

Approved by the Court this <u>9th</u> day of <u>  September  </u>, 2020. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Bankruptcy Judge