United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-12806-pmm
Jolene R. Rutt                                                                                      Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: TashaD                                              Page 1 of 2
Date Rcvd: Oct 20, 2020                Form ID: 211                                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

**Recip ID**            **Recipient Name and Address**
db                    Jolene R. Rutt, 8 Seminary Ave, Reading, PA 19605-2622

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bnc@atlasacq.com | Oct 21 2020 01:56:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020                               Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

**Name**                          **Email Address**

REBECCA ANN SOLARZ
                              on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

ROBERT H. HOLBER
                              trustee@holber.com   rholber@ecf.axosfs.com

ROBERT H. HOLBER
                              on behalf of Trustee ROBERT H. HOLBER trustee@holber.com   rholber@ecf.axosfs.com

SHAWN J. LAU

| | | |
|---|---|---|
| District/off: 0313-4 | User: TashaD | Page 2 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: 211 | Total Noticed: 2 |

on behalf of Debtor Jolene R. Rutt shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Jolene R. Rutt

Debtor(s)  Case No: 20−12806−pmm

___

*ORDER*

AND NOW, 10/20/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 11/3/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court

23
Form 211