Certificate Number: 17572-PAE-DE-035028009

Bankruptcy Case Number: 20-12806



17572-PAE-DE-035028009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2020</u>, at <u>7:07</u> o'clock <u>PM PDT</u>, <u>Jolene Rutt</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 27, 2020</u>              By:    <u>/s/Benjamin E Wunsch</u>

Name:  <u>Benjamin E Wunsch</u>

Title:   <u>Counselor</u>